IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MIRANDA,               ) | |
|                                              ) | |
|            Plaintiff,                  ) | No. C 03-5895 CRB (PR) |
|                                              ) | |
|      v.                                   ) | **ORDER** |
|                                              ) | |
| ARNOLD SCHWARZENEGGER, et al., ) | |
|                                              ) | |
|            Defendants.              ) | |

Jodi Linker, Esq., of Clarence & Dyer LLP, has agreed to serve as appointed pro bono counsel for plaintiff in this action. The Court is grateful for Ms. Linker's interest and commitment and, good cause shown, APPOINTS her as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

The clerk is instructed to update the docket to reflect Ms. Linker's mailing address and phone number–899 Ellis Street, San Francisco, CA 94109; (415) 749-1800–and to set this matter for a case management conference in 90 days. All proceedings are stayed until the CMC.

**IT IS SO ORDERED**.

DATED: March 9, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE