Kate Dyer, SBN 171891
Jodi Linker, SBN 230273
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
emails: kdyer@clarencedyer.com
          jlinker@clarencedyer.com

Attorneys for Plaintiff Carlos Miranda

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS MIRANDA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | Case No.: 03-CV-05895 CRB<br><br>**STIPULATION RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

On March 9, 2006, the Court appointed Jodi Linker to represent plaintiff Carlos Miranda in this matter, and on March 10, 2006, scheduled the initial case management conference for June 16, 2006. Ms. Linker will be out of town on June 16, 2006. Accordingly, the parties have met and conferred, and hereby jointly request that the case management conference in this matter be continued to June 23, 2006 at 8:30 a.m., or as soon thereafter as the Court is available.

///
///
///
///
///
///
///

1  IT IS SO STIPULATED.

Respectfully submitted,

4  Dated: April 4, 2006                By: /s/: Jodi Linker
                                          Jodi Linker
                                          Clarence & Dyer LLP
                                          Attorneys for Plaintiff Carlos Miranda

9  Dated: April 4, 2006                By: /s/: Michael W. Jorgenson
                                          Michael W. Jorgenson
                                          Deputy Attorney General
                                          Attorneys for Defendants Speed and Krings

### [PROPOSED] ORDER

Good cause appearing, the Court hereby continues the case management conference in this matter to June 23, 2006 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 5, 2006

The Honorable Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION RE: CONTINUANCE OF CMC & [PROPOSED] ORDER
Case No. 03-5895 CRB

2

**PROOF OF SERVICE**

I, Fanny Lay, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, CA 94109; I am employed in the City and County of San Francisco, California.

On April 4, 2006, I served a copy, with all exhibits, of the following document(s):

- **Stipulation re: Continuance of Case Management Conference and [Proposed] Order**

To be served on the parties or attorneys in this action as follows:

_____ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the aforementioned document(s) in a sealed envelope with postage fully prepaid and addressed as noted below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service.

__x__ **(BY ELECTRONIC SERVICE)** I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing to the addressee(s) noted below.

_____ **(BY FAX)** By use of facsimile machine telephone number (415) 749-1694, I served a copy of the above stated document(s) on the above stated parties. The facsimile machine I used to complied with the California Rules of Court, rule 2003 and no error was reported by the machine.

_____ **(BY MESSENGER)** I caused a sealed envelope to be delivered by personal delivery via the services of Cupid Courier to the addressee(s) noted below.


Michael W. Jorgenson
Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004
Fax: (415) 703-5843
email: michael.jorgenson@doj.ca.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 4, 2006

/s/: Fanny Lay
FANNY LAY