BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5717
  Fax:  (415) 703-5843
  Email: Jay.Russell@doj.ca.gov

Attorneys for Defendants Krings and Speed

KATE DYER (SBN 171891)
JODI LINKER (SBN 230273)
CLARENCE & DYER LLP
  899 Ellis Street
  San Francisco, CA  94109
  Telephone: (415) 749-1800
  Fax: (415) 749-1694
  Email: jlinker@clarencedyer.com

Attorneys for Plaintiff Carlos Miranda

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS MIRANDA,** | Case No. CV 03-05895 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

The parties, by and through their undersigned counsel, stipulate to continue the date of the hearing of Defendants Krings and Speed's (Defendants) Motion for Summary Judgment, presently scheduled for October 20, 2006, and further stipulate to modify the procedural

1  deadlines associated with that motion.  The parties therefore stipulate to the following schedule:

2  **11/3/2006**: Hearing on Defendants' Motion for Summary Judgment filed August 16, 2006.

4  **10/13/06**: Last day for filing and service of Plaintiff Carlos Miranda's Opposition to Motion for Summary Judgment.

6  **10/20/06**: Last day for filing and service of Defendants' Brief in Reply to Opposition to Motion for Summary Judgment.

Dated:  September 18, 2006

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

/S/ Jay C. Russell

JAY C. RUSSELL
Deputy Attorney General
Attorneys for Defendants Krings and Speed

Dated: September 18, 2006

CLARENCE & DYER LLP

/S/ Jodi Linker

JODI LINKER, ESQ.
Attorneys for Plaintiff Carlos Miranda

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September  20 , 2006.

_____
HON. CHARLES R. BREYER
United States District J

20059243.wpd
SF2004401319



Stip. and [Proposed] Order Continuing Hearing of Mot. Summ. J.     Miranda v. Arnold Schwarzenegger, et al.
                                                                                  CV 03-05895 CRB

2