BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5717
 Fax: (415) 703-5843
email: Jay.Russell@doj.ca.gov

Attorneys for Defendants Krings and Speed

Kate Dyer, State Bar Number 171891
Jodi Linker, State Bar Number 230273
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
emails: kdyer@clarencedyer.com
        jlinker@clarencedyer.com

Attorneys for Plaintiff Carlos Miranda

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS MIRANDA, | Case No.: 03-CV-05895 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

The parties, by and through their undersigned counsel, hereby jointly propose and stipulate as follows.

1  WHEREAS, on June 23, 2006, the Court held a Case Management Conference, at which the Court granted plaintiff's request to conduct discovery regarding the issue of qualified immunity;

WHEREAS, defendants have filed a Motion for Summary Judgement that relates primarily to the issue of qualified immunity;

WHEREAS, the parties are now in a dispute over the qualified immunity discovery;

WHEREAS, the parties agree that they should attempt to resolve this dispute prior to any involvement by the Court or further briefing by the parties;

WHEREAS, the parties anticipate that they will be able to resolve this dispute without the Court's intervention if provided sufficient time;

THEREFORE IT IS HEREBY STIPULATED, by the parties through their undersigned counsel, that the date of hearing of Defendant Krings and Speed's Motion for Summary Judgment presently scheduled for November 3, 2006 shall be continued pending resolution of the current discovery dispute. The parties further stipulate that they will work diligently together to attempt to resolve the current discovery dispute.  If the parties jointly resolve their discovery dispute, they will jointly file a proposed briefing schedule with the Court for defendants' Motion for Summary Judgment.  If the parties are unable to resolve their discovery dispute jointly, they will file promptly any appropriate motions with the Court for resolution and/or referral to a Magistrate Judge.

Respectfully submitted,

Dated: October 6, 2006	By: /s/: Jodi Linker
	Jodi Linker
	Clarence & Dyer LLP
	Attorneys for Plaintiff Carlos Miranda

Dated: October 6, 2006	By: /s/: Jay Russell
	Jay C. Russell
	Deputy Attorney General
	Attorneys for Defendants Speed and Krings

**IT IS SO ORDERED.**

Dated: October 10, 2006

The Honorable Charles R. Breyer
United States District

*IT IS SO ORDERED*
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER
Case No. 03-5895 CRB

2