1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DAVID S. CHANEY
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   JONATHAN L. WOLFF
    Supervising Deputy Attorney General
5   SAMANTHA D. TAMA, State Bar No. 240280
    Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5708
     Fax: (415) 703-5843
8    Email: Samantha.Tama@doj.ca.gov

9   Attorneys for Defendants R. Krings and M. Speed II

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS MIRANDA,<br><br>             Plaintiff,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>             Defendants. | CV 03-05895 CRB<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE** |

In accordance with Local Rule 40-1, the parties notify the Court that a settlement has been reached in this matter.

/ / /

/ / /

Further, Plaintiff and Defendants stipulate, through their counsel of record, that this case be dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii). The parties further agree that all parties will bear their own costs and fees.

Date: 3/27/07

CLARENCE & DYER LLP

By: /s/ Jodi Linker
Jodi Linker
Attorneys for Plaintiff Carlos Miranda

Date: 6/29/07

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Samantha D. Tama
Samantha D. Tama
Deputy Attorney General
Attorneys for Defendants R. Krings and M. Speed II

IT IS SO ORDERED.

Date: 7/5/07

/s/ Charles R. Breyer
The Honorable Charles R. Breyer
U.S. District Court Judge

20080344.wpd

SF2004401319